THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ONNE TALAS, Appellant.

(Argued June 12, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered November 5, 1915, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Charles E. Le Barbier* for appellant.

*Edward Swann,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.